

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2019

**BY ECF**
The Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York  10007

The Honorable Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

      Re:    **United States v. Gregory Herman**, 19 Cr. 413 (VEC)
                **United States v. Gregory Herman**, 19 Cr. 825 (PAC)

Dear Judge Caproni and Judge Crotty:

      The Government respectfully submits this letter to advise the Court that there are two active cases pending against the defendant arising out of essentially the same criminal conduct.

      On or about October 2, 2019, the Probation Office submitted a violation report under docket number 19 Cr. 413.  The report alleges, among other things, that the defendant committed the crime of false information and hoaxes, in violation of 18 U.S.C. § 1038(a)(1), by calling the Daniel Patrick Moynihan United States Courthouse and falsely stating that the courthouse would be destroyed at a specific time.  Judge Caproni held a conference on the violation on October 8, 2019 and set the next conference for January 7, 2020 at 11:00 a.m.

      On or about November 18, 2019, upon the defendant's waiver of indictment, the Government charged the defendant in an information before Judge Crotty under the docket number 19 Cr. 825.  The information charges the defendant with a single count of false information and hoaxes, in violation of 18 U.S.C. § 1038(a)(1), for the same conduct described above.  Judge Crotty set the next conference for January 21, 2020 at 4:30 p.m.

Should the Court desire any further information we would be pleased to comply.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

by: /s/ Alexander Li
        Alexander Li
        Assistant United States Attorney
        (212) 637-2265

cc:    Andrew Dalack, Esq. (*By ECF*)