**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 27, 2020

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, NY 10007

> 5-4-2020
> The May 6 conference is adjourned to July 7, 2020 at 12:30 PM. Time is excluded through July 7, 2020. SO ORDERED.
> /S/ Paul A. Crotty

**RE:   United States v. Gregory Herman**
         **19 Cr. 825 (PAC)**

Dear Judge Crotty:

    I write regarding the upcoming status conference in the above-captioned case scheduled for 4:30 p.m. on May 6, 2020. The defense respectfully requests that the Court adjourn the conference for 60 days. This is Mr. Herman's second request for a continuance since his November 18, 2019, arraignment on the government's Information, and the government does not object.

    This continuance is in the interests of justice because it will allow the parties to continue discussing a pre-trial resolution of this case. The defense does not object to excluding this period of delay from the time limits set forth in the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(a).

    The parties propose the following three dates for a status conference: July 6, July 7, or July 8, 2020.

Respectfully Submitted,

        /s/
Andrew J. Dalack, Esq.
Assistant Federal Defender
(212) 417-8768

Cc (By ECF): AUSA Alexander Li