# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 11, 2020

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, NY 10007

6/12/2020
Bail is modified to home detention with location monitoring at the discretion of PTS. SO ORDERED.

*/s/ Paul A. Crotty*

**RE:   United States v. Gregory Herman
      19 Cr. 825 (PAC)**

Dear Judge Crotty:

I write, with the consent of the government, seeking a modification of Mr. Herman's pre-trial release conditions. On March 24, 2020, the Court modified Mr. Herman's conditions to home incarceration with location monitoring at the discretion of Pre-Trial Services. The parties now agree that Mr. Herman's home incarceration should be downgraded to home detention, which should afford Mr. Herman more flexibility to leave his address to obtain employment, receive medical care, participate in out-patient substance abuse treatment, and obtain HRA-related benefits. Accordingly, I respectfully ask that the Court issue an Order modifying Mr. Herman's bail to home detention with location monitoring at the discretion of Pre-Trial Services.

Respectfully Submitted,

_____/s/_____
Andrew J. Dalack, Esq.
Assistant Federal Defender
(212) 417-8768

Cc:   Alexander Li, Esq.
      Assistant U.S. Attorney