**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 3, 2021

**BY EMAIL & ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, NY 10007

3/4/2021
The release conditions are modified as requested to permit Mr. Herman to work in Milford, Connecticut. SO ORDERED.

*/s/ Paul A. Crotty/*

RE:   **United States v. Gregory Herman**
       **19 Cr. 825 (PAC)**

Dear Judge Crotty:

   I write seeking a modification of Gregory Herman's pre-trial release conditions to permit him to travel to work in Milford, Connecticut for CSS On Demand Electrical. See Employment Letter (Exhibit A). The attorney for the government, United States Pre-Trial Services, and United States Probation do not object to this request.

   Specifically, Mr. Herman requests the Court's authorization to leave New York City at 5:00 AM and return home by 7:30 PM daily (Monday through Friday) to work as an electrical helper at a private electrical firm in Milford, CT. As set forth in Exhibit A, Mr. Herman has been offered a job and can start as soon as the Court permits.

Respectfully Submitted,

*/s/ Andrew J. Dalack/*

Andrew J. Dalack, Esq.
Assistant Federal Defender
(212) 417-8768

Cc:   Alexander Li, Esq.
       Assistant U.S. Attorney

       Erin Cunningham/Noah Joseph
       Pre-Trial Services/United States Probation

# EXHIBIT A

# CSS ON DEMAND ELECTRICAL

148 Research Drive Unit N., Milford, CT 06460
Tel: (203) 283.3434 • Fax: (203) 907.1357
www.cssondemand.com

February 8, 2021

To: Whom it may concern
Re: Gregory Herman

Gregory Herman has been offered his previous job with my firm as an electrical helper, he has worked with us in the past and I think he will be an asset to our firm. Mr. Herman can start once he is approved to work with the my company.

Any issues or concerns please do not hesitate to contact me Alfred Coney at either my office at 203-283-3434 or my cell phone at 203-645-8207.

Sincerely yours

Alfred Coney

Your Needs Are Our Needs
EI-0196354